IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. STONE OIL DISTRIBUTOR, LLC | PLAINTIFF |
| v. | CAUSE NO. 1:22cv151-LG-RPM |
| M/V DANA K, her engines, tackle, furniture, apparel, appurtenances, etc., in rem | DEFENDANT |

### ORDER DENYING PLAINTIFF'S MOTION TO CANCEL JUDICIAL AUCTION AND RELEASE VESSEL FROM ARREST

**BEFORE THE COURT** is Plaintiff John W. Stone Oil Distributor, LLC's [44] Ex Parte Motion to Cancel Judicial Auction and Release Vessel from Arrest. The Motion does not cite any authority supporting Plaintiff's request, and Plaintiff did not file a supporting memorandum containing such authority. Furthermore, the judicial auction is less than two days away, and the Court will not cancel the sale at this late date.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff John W. Stone Oil Distributor, LLC's [44] Ex Parte Motion to Cancel Judicial Auction and Release Vessel from Arrest is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 14th day of December, 2022.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge